■ In the Matter of PAUL BECKER, Individually, and on Behalf of All Others Similarly Situated, Appellant, against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK et al., Respondents.— Order unanimously affirme

with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.